578

No. 185. FABIAN, EXECUTRIX, ET AL. *v.* CONWAY ET AL. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Montana denied. *Mr. S. P. Wilson* for petitioners. *Mr. J. A. Poore* for respondents.

No. 186. LEVEY, EXECUTRIX, *v.* SMITH, COLLECTOR OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Joseph J. Daniels* and *G. R. Redding* for petitioner. *Solicitor General Jackson* and *Mr. Sewall Key* and *Louise Foster* for respondent.

No. 187. MILINKOVITCH *v.* SUPERINTENDENT OF INSURANCE OF NEW YORK, LIQUIDATOR, ET AL. October 9, 1939. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Louis Boehm* for petitioner. *Mr. J. Paul Brennan* for the Superintendent of Insurance, and *Messrs. Edwin D. Hays* and *Ralph Wolf* for National Bondholders Corp. et al., respondents.

No. 191. BANK OF COMMERCE LIQUIDATING Co. *v.* BECKER, COLLECTOR OF INTERNAL REVENUE; and

No. 192. MERCANTILE LIQUIDATING Co. *v.* SAME. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Abraham Lowenhaupt* and *Stanley S. Waite* for petitioners. *Solicitor General Jackson* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent. Reported below: 102 F. 2d 633; 103 *id.* 1007.